IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


JAMES DICKSON, JR.                                                Plaintiff

v.                            3:08CV00038 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                          Defendant

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 23rd day of February, 2009.


_____
UNITED STATES MAGISTRATE JUDGE